United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Terry Eugene Durst, § | |
| *Petitioner*, § | |
| § | |
| v. § | Civil Action 4:23-CV-106 |
| § | |
| Bobby Lumpkin, § | |
| Director, Texas Department § | |
| of Criminal Justice, Correctional § | |
| Institutions Division, § | |
| *Respondent*. § | |

## Report and Recommendation

Terry Eugene Durst, a Texas state inmate, filed a handwritten complaint in connection with his 1982 conviction for aggravated robbery. ECF No. 1. The court construed the complaint as a request for habeas corpus relief under 28 U.S.C. § 2254 and, on January 17, 2023, issued a notice of deficient pleading. ECF No. 4. The notice instructed Durst to complete the attached Amended Petition for a Writ of Habeas Corpus form and to pay the $5.00 filing fee or provide an application to proceed *in forma pauperis* within 30 days. *Id.* The notice expressly warned Durst that his case could be dismissed if he failed to comply as directed.

To date, Durst has not responded to the court's notice, and he has not otherwise attempted to comply. Durst's failure to pursue this action forces the court to conclude that he lacks due diligence. Therefore, the court recommends that this case be dismissed without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may sua sponte dismiss an action for failure to prosecute or to comply with any court order).

The parties have fourteen days from service of this report and recommendation to file written objections. *See* Rule 8(b) of the Rules Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(c); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas, on March 14, 2023.

_____
Peter Bray
United States Magistrate Judge